UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20180-UU

RAFAEL XENES

    Plaintiff,

v.

SMART ENERGY, INC.,

    Defendant.

_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal. D.E. 8. The Court having considered the pertinent portions of the record and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT. The action is DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers, Miami, Florida, this 26th day of February 2021.

                                                                                          _____
                                                                                         URSULA UNGARO
                                                                                          UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record via CM/ECF